FILED
 2008 Feb-27  PM 01:40
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LONNIE WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 2:08-CV-00060-TMP |
| | ) |
| **BOARD OF TRUSTEES OF THE** | ) |
| **UNIVERSITY OF ALABAMA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 29, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and because Plaintiff has sought monetary relief against Defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii). Plaintiff filed objections to the report and recommendation on February 1, 2008.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed as frivolous and for seeking monetary relief against Defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii). A Final Judgment will be entered.

The Clerk is **DIRECTED** to serve a copy of this memorandum of opinion, and the accompanying final judgment, upon Plaintiff.

**DONE** and **ORDERED** this ____27th____ day of February, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE